**John McSHAW**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (WASTE MANAGEMENT OF HAZLETON).**

**Appeal of WASTE MANAGEMENT OF HAZLETON.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1996.

Decided Feb. 13, 1996.

Wilbur C. Creveling, Jr., James T. Anthony, Allentown, for Waste Manage.

Chester C. Corse, Pottsville, for McShaw.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.